IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Andrew Lamon, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 15-3346 |
| ) | |
| Jeffrey Korte, et al., ) | |
| ) | |
| Defendants. ) | |

### SECOND AMENDED MERIT REVIEW ORDER ON SECOND AMENDED COMPLAINT

This matter is now before the Court on Plaintiff Andrew Lamon's ("Plaintiff") Second Amended Complaint (ECF No. 20). For the reasons set forth below, some of Plaintiff's claims may proceed, but the conspiracy claim is DISMISSED.

### Background

On May 18, 2016, Plaintiff filed his Second Amended Complaint. On that same day, the Court entered its Amended Merit Review Order on the Second Amended Complaint (ECF No. 18). On September 21, 2016, the parties were present for a telephone status conference. Part of that status conference included a discussion on Plaintiff's conspiracy claim which the Court did not address in its Amended Merit Review Order. In its Minute Entry dated September 21, 2016, the Court noted it would enter a new order that specifically addresses Plaintiff's conspiracy. This is that order. In this Order, the Court incorporates by reference the entirety of its first Amended Merit Review Order (ECF No. 18) and addresses only Plaintiff's conspiracy claim.

### Discussion

As mentioned in the first Amended Merit Review Order, the Court accepts Plaintiff's factual allegations as true and construes them in his favor. ECF No. 18 at 1. Conclusory statements and labels, however, are insufficient. *Id.* Rather, enough facts must be provided

to state a claim for relief that is plausible on its face. *Id.* (internal quotations and citations omitted). Indeed, as the Court noted, the pleading standard requires more than an unadorned, the-defendant-unlawfully-harmed-me accusation. *Id.* (internal quotations and citations omitted).

Plaintiff alleges "the Orange Crush Defendants conspired to violate his constitutional rights." He claims they did so by agreeing "to deprive him of his constitutional rights and then to protect one another from liability for their actions." The Court finds these are nothing but conclusory accusations. Without more, Plaintiff's conspiracy claim must fail. Accordingly, that claim shall not proceed.

## Conclusion

For the reasons set forth herein, the Court leaves untouched its original Amended Merit Review Order on the Second Amended Complaint (ECF No. 18), but Plaintiff's conspiracy claim is DISMISSED.

ENTERED this 21st day of October, 2016.

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge